**MiraMed Revenue Group**

## NOTICE OF AMOUNT DUE

RE: BON SECOURS CHARITY PHYSICIANS HEALTH GROUP

| | |
|---|---|
| STATEMENT DATE: April 12, 2018 | AMOUNT DUE: $343.00 |
| ACCOUNT NUMBER: ▮▮▮▮1044 | REFERENCE#: ▮▮▮▮8285 |

**ADDRESSEE:**

SUSSIE SCHIK
133 Union Rd
Spring Valley NY 10977-2737

**MAKE CHECKS PAYABLE & MAIL TO:**

MiraMed Revenue Group
DEPT 77304
P.O. BOX 77000
DETROIT MI 48277-0304

**** PLEASE CALL ****
Phone: 630-620-8934 • Fax: 630-424-4002
Outside Illinois: 866-910-2607
To make your payment online, please visit us at www.mmrgpayment.com

This firm represents the creditor named above. Your account has been referred to this office for collection because the amount shown above is past due.

We request payment in full. If you cannot pay the amount due, but wish to make payments on this overdue debt, please call this office with your proposal and we will discuss payment terms.

You can mail payments to us at the address listed above. We will also accept payment by credit card or check-by-phone at the phone numbers listed above, or you can pay online at www.mmrgpayment.com.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment, if one exists, and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Our client has authorized us to investigate settlement opportunities. Should you be interested in pursuing settlement of this matter, please call our office.

If we do not receive notice of a dispute within the appropriate time period, please be advised that our client may authorize us to report this matter as a collection account to a credit reporting agency.

Thank you,
MiraMed Revenue Group, LLC

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

PLEASE INCLUDE YOUR REFERENCE NUMBER ON YOUR CHECK.

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: a) the use or threat of violence; b) the use of obscene or profane language; and c) repeated phone calls made with the intent to annoy, abuse, or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: 1. Supplemental security income, (SSI); 2. Social security; 3. Public assistance (welfare); 4. Spousal support, maintenance (alimony) or child support; 5. Unemployment benefits; 6. Disability benefits; 7. Workers' compensation benefits; 8. Public or private pensions; 9. Veterans' benefits; 10. Federal student loans, federal student grants, and federal work study funds; and 11. Ninety percent of your wages or salary earned in the last sixty days.

Mail All Written Notices, Including Bankruptcy and Dispute Notices, To: MiraMed Revenue Group 360 E 22nd St., Lombard, IL 60148
Please DO NOT Mail Payments to this Address

1199-HWPAPC10-M-BON01-10/01/15

---

**Retain top portion for your records**
*** Please detach the lower portion and return with your payment ***

| | |
|---|---|
| Letter Date: | 04/12/18 |
| Reference#: | ▮▮▮▮8285 |
| Account#: | ▮▮▮▮044 |
| Creditor: | BON SECOURS CHARITY PHYSICIANS HEALTH GR |
| Amount Due: | $343.00 |
| Date of Service: | 09-11-17 |
| Patient: | SCHIK SUSSIE |

Y204D59A69

MiraMed Revenue Group, LLC
PO Box 536
Linden MI 48451-0536

**DO NOT MAIL CORRESPONDENCE OR PAYMENTS TO THIS ADDRESS**

SUSSIE SCHIK
133 Union Rd
Spring Valley NY 10977-2737

**MAKE CHECKS PAYABLE & MAIL TO:**

MiraMed Revenue Group
DEPT 77304
P.O. BOX 77000
DETROIT MI 48277-0304