**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SUSSIE SCHIK,
individually and on behalf of all other similarly
situated,

                Plaintiff,

   -against-                               18 **CIVIL** 7897 (NSR)

                                              **JUDGMENT**

Miramed Revenue Group, LLC,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 23, 2020, Defendant's motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York

      September 23, 2020

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                     **BY:**     *K. Mango*

                                                      **Deputy Clerk**